Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−12598−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diana N. Vernidis
   1200 89th Street
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−7701

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 30, 2023.

Dated: May 30, 2023
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Diana N. Vernidis  
Debtor

Case No. 23-12598-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: May 30, 2023     Form ID: plncf13     Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Diana N. Vernidis, 1200 89th Street, North Bergen, NJ 07047-4460 |
| 519876085 | + | Barry Siegel, Esq., Attorney At Law, 631 East Palisades ave., Englewood Cliffs, NJ 07632-1803 |
| 519876076 | + | Daniel J. Santucci, Esq., 1037 Raymond Boulevard, Suite 710, Newark, NJ 07102-5427 |
| 519876089 | + | Gady's N. Vernidis, 1200 89th Street, North Bergen, NJ 07047-4460 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 30 2023 22:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 30 2023 22:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519876064 | + | Email/Text: ally@ebn.phinsolutions.com | May 30 2023 22:48:00 | ALLY FINANCIAL, INC., ATTN: BANKRUPTCY, 500 WOODWARD AVE, DETROIT, MI 48226-3416 |
| 519876065 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 30 2023 22:49:00 | AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 519876066 | + | Email/PDF: bncnotices@becket-lee.com | May 30 2023 23:02:38 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 519876068 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 30 2023 22:48:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519876067 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 30 2023 22:48:00 | Bank of America, PO Box 15796, Wilmington, DE 19886-5796 |
| 519876069 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2023 23:01:48 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519876073 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 30 2023 23:01:38 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 519876075 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2023 22:47:54 | CITICORP, CITICORP/ ATTN: CENTRALIZED BANKRUPTCY, PO BOX 20507, KANSAS CITY, MO 64195 |
| 519881726 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 30 2023 22:47:42 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519898428 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 30 2023 23:02:07 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519876077 | + | Email/Text: mrdiscen@discover.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 30 2023 22:48:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 519876082 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2023 23:01:41 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519882490 | | Email/Text: mrdiscen@discover.com | May 30 2023 22:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519876078 | + | Email/Text: csocha@greateralliance.org | May 31 2023 12:20:00 | GREATER ALLIANCE FCU, ATTN: BANKRUPTCY, 40 WEST CENTURY ROAD, PARAMUS, NJ 07652-1454 |
| 519876079 | ^ | MEBN | May 30 2023 22:42:35 | Hayt, Hayt, & Landau, LLC, 2 Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 519876074 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 30 2023 23:02:43 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 519876081 | + | Email/Text: BKNotice@ldvlaw.com | May 30 2023 22:48:00 | Lyons Doughty & Veldhuis, PC, 136 Gaither Gr Ste 100, Mount Laurel, NJ 08054-2239 |
| 519876083 | + | Email/Text: bankruptcydpt@mcmcg.com | May 30 2023 22:49:00 | MIDLAND FUNDING/MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 519876084 | + | Email/Text: bankruptcy@rubinrothman.com | May 30 2023 22:48:00 | Rubin & Rothman, LLC, PO Box 9003, Islandia, NY 11749-9003 |
| 519876086 | + | Email/PDF: gecsedi@recoverycorp.com | May 30 2023 22:47:11 | SYNCHRONY BANK/PC RICHARD, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519876124 | + | Email/PDF: gecsedi@recoverycorp.com | May 30 2023 23:01:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519876087 | + | Email/Text: bncmail@w-legal.com | May 30 2023 22:49:00 | TARGET NB, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 519912770 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 30 2023 22:48:00 | THE BANK OF NEW YORK MELLON at. el, c/o Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519876088 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 30 2023 22:49:00 | US BANK NA RETAIL LE, ATTN: BANKRUPTCY, 800 NICOLLET MALL, MINNEAPOLIS, MN 55402-2511 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519876070 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519876071 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519876072 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519876080 | *+ | Hayt, Hayt, & Landau, LLC, 2 Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 30, 2023 | Form ID: plncf13 | Total Noticed: 30 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-79CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005- 79CB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Diana N. Vernidis ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4