**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   DIANA N. VERNIDIS

**Order Filed on May 14, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  23-12598 JKS**

**Hearing Date:  5/14/2026**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 14, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  DIANA N. VERNIDIS

Case No.:  23-12598

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 05/14/2026 on notice to RUSSELL L LOW ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $283.00 by 5/29/2026 to be current with Trustee payments through

  May or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to

  Debtor(s) and Debtor's attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12598-JKS |
| Diana N. Vernidis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 14, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

**Recip ID          Recipient Name and Address**
db                + Diana N. Vernidis, 1200 89th Street, North Bergen, NJ 07047-4460

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas J. McDonough | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-79CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005- 79CB dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-79CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005- 79CB bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Russell L. Low | on behalf of Debtor Diana N. Vernidis ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                              User: admin                                    Page 2 of 2
Date Rcvd: May 14, 2026                          Form ID: pdf903                                Total Noticed: 1
TOTAL: 5